THE STATE OF MISSOURI, Respondent, *v.* HILLIARD GRIGGS, Appellant.

1. *Practice, Supreme Court — Error — Appeal.*— A case showing no writ of error or appeal will be dismissed.

*Appeal from Scott Circuit Court.*

*A. J. Baker*, Attorney-General, for respondent.

*L. Brown*, for appellant.

WAGNER, Judge, delivered the opinion of the court.

In this case there is no writ of error, but it purports to come here by appeal. The record does not show that any appeal was ever granted or allowed in the court below.

The case will therefore be dismissed; the other judges concurring.

————————

JOHN ZAHND, Appellant, *v.* SIMEON DARLING, Respondent.

1. *Practice, civil — Judgment for costs not final.*—A judgment for costs only will not support an appeal.
2. *Practice, civil — Appeal — Objections — Exceptions.*— Objections not saved by exceptions will not be examined on appeal.

*Appeal from Scotland Circuit Court.*

*Durkee & Pratt*, for appellant.

*Cramer & Peters*, for respondent.

WAGNER, Judge, delivered the opinion of the court.

This cause was tried by a jury and they returned a verdict for the defendant. Upon the verdict the court gave judgment for costs only. There is no final judgment to support an appeal. The only complaint made by the appellant is that the court erred in admitting certain testimony. We have looked into the transcript, and find that no exceptions were taken or saved to the action of the court.

Let the appeal be dismissed. The other judges concur.